UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LARYSA KOSTAK** | **CIVIL ACTION NO. 25-1093** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DONALD J TRUMP ET AL** | **MAG. JUDGE MCCLUSKY** |

### ORDER

Considering the Petitioner's *Motion to Expedite* (ECF No. 25),

**IT IS ORDERED** that the Motion is **GRANTED IN PART**. Respondents shall file their response to *Petitioner's Renewed Motion for Release Pending Adjudication of Petitioner's Habeas Corpus Petition and, as Applicable, her Motion for a Te[]mporary Restraining Order and Preliminary Injunction* (ECF No. 24) by **September 22, 2025**—three business days after Respondents file their Notice of Appeal in the immigration proceeding. *See* ECF No. 22 (citing 8 C.F.R. §1003.6(c)(1)).

**THUS DONE AND SIGNED** this 9th day of September, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE