UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LARYSA KOSTAK | CIVIL ACTION NO. 25-1093 SEC P |
| VERSUS | JUDGE EDWARDS |
| DONALD J TRUMP ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

In light of the petitioner's "Notice of Updated Facts" (ECF No. 47),

**IT IS ORDERED** that the petitioner's Emergency Motion for Immediate Release (ECF No. 46) is **DENIED** without prejudice.

**THUS DONE AND SIGNED** this 25th day of September, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**