# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LARYSA KOSTAK** | **CIVIL ACTION NO. 25-1093 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DONALD J TRUMP ET AL** | **MAG. JUDGE MCCLUSKY** |

## ORDER

Before the Court is a habeas petition (ECF No. 1), filed by Larysa Kostak ("Kostak"). The purpose of the petition was to secure supervised release. *See id.* at 3 ("Because Larysa was summarily denied bond under an inapplicable provision of the law to her case, she seeks habeas corpus release from this court."). Kostak has now been released on bond. *See* ECF Nos. 47, 48, 53, & 54. And because Kostak has "received the sole relief sought in her petition: release from confinement," her case is moot. *See Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). "A case becomes moot if an event occurs during the pendency of the action that makes it impossible for the court to grant any effectual relief whatever to a prevailing party." *Tan v. Garland,* No. 3:21-CV-930-X-BN, 2021 WL 5056083, at *1 (N.D. Tex. Aug. 27, 2021) (citation omitted). "[Kostak]'s release on supervision appears to be such an event in the context of this habeas action." *Tan*, 2021 WL 5056083, at *1. As she provides no exception to mootness, *see* ECF No. 53, her case is **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** this 15th day of October, 2025.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE